An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEDICAL MARIJUANA, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KATHLEEN E.
DELANEY, DISTRICT JUDGE,
Respondents,
and
ROEN VENTURES, LLC,
Real Party in Interest.

No. 67175

**FILED**

FEB 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DENYING EMERGENCY PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

Having considered this emergency petition for a writ of mandamus or prohibition challenging a district court partial summary judgment and order of specific performance in a contract action, we conclude that our extraordinary intervention is not warranted. Petitioner has an adequate legal remedy by way of appeal from the final judgment.

15-05438

NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____, J.
Pickering

cc:  Hon. Kathleen E. Delaney, District Judge
     Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
     Gordon Silver
     Eighth District Court Clerk

_____

[1]In light of this order, we vacate our January 8, 2015, order granting a temporary stay. We also necessarily deny as moot petitioner's stay request, real party in interest's January 23, 2015, motion, and petitioner's January 26, 2015, motion.